ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc. and Walmart Stores East, LP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE ANN ROBERTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES EAST, LP, a Foreign Limited Partnership; WALMART, INC., a Foreign Corporation; ART MARTINEZ; DOE STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; and DOES XXI through XXV; and ROE CORPORATIONS XXV through XXX, inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:19-cv-02031-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 16 day of December, 2019.   DATED this 16 day of December, 2019.

**BIGHORN LAW**  **PHILLIPS, SPALLAS & ANGSTADT LLC**

_____ #11981   _____
KIMBALL JONES, ESQ.   MEGAN E. WESSEL, ESQ.
Nevada Bar No. 12982   Nevada Bar No. 14131
716 S. Jones Boulevard   504 S. Ninth Street
Las Vegas, NV 89107   Las Vegas, NV 89101

*Attorneys for Plaintiff*   *Attorneys for Defendant*
*Joyce Ann Roberts*   *Walmart, Inc. and Walmart Stores East, LP*

*Joyce Ann Roberts*
*Case No.* **2:19-cv-02031-GMN-NJK**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**IT IS SO ORDERED.**
Dated this 16 day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT